FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2019 JAN -4 A 9:17

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19MJ 10 |
| | ) | |
| v. | ) | |
| | ) | |
| SUPATRA TANAPORNSAKUI, | ) | |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(Misdemeanor 7869376)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 3, 2018, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SUPATRA TANAPORNSAKUI, did unlawfully, knowingly, and willfully steal, purloin, or knowingly convert to her use or the use of another, property of the United States and any department or agency thereof, specifically: toiletry and art items, the property of the United States Army and Air Force Exchange Service, said property having a value of less than One Thousand ($1,000) Dollars.

(Violation of Title 18, United States Code, Section 641).

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 4 day of January 2019 to the defendant at:

SUPATRA TANAPORNSAKUI
8603 Arley Dr.
Springfield, VA 22152

By: _____
Amanda R. Williams
Special Assistant United States Attorney